Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:   matt.jaksa@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
INTERSCOPE RECORDS; ARISTA
RECORDS LLC; UMG RECORDINGS,
INC.; WARNER BROS. RECORDS INC.;
VIRGIN RECORDS AMERICA, INC.; and
CAPITOL RECORDS, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; INTERSCOPE RECORDS, a California general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and CAPITOL RECORDS, INC., a Delaware corporation,<br>            Plaintiffs,<br><br>   v.<br><br>JOHN DOE,<br>            Defendant. | CASE NO.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Certification of Interested Entities or Persons
Case No.
#30458 v1

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:
6   The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC
7  ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
8  Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
9  Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
10  Corporation is publicly traded in the U.S.
11   The following companies are parents of, or partners in Plaintiff INTERSCOPE RECORDS:
12  UMG Recordings, Inc.; PRI Productions, Inc.; Polygram Holding, Inc.; Universal Music Group,
13  Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.;
14  and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in
15  France.
16   The following companies are parents of, or partners in Plaintiff ARISTA RECORDS LLC:
17  BMG Music; SONY BMG MUSIC ENTERTAINMENT; Ariola Eurodisc LLC; USCO Holdings
18  Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann,
19  Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of
20  which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.
21   The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
22  Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
23  Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
24  publicly traded. Vivendi S.A. is publicly traded in France.
25   The following companies are parents of, or partners in Plaintiff WARNER BROS.
26  RECORDS INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group
27  Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is
28  publicly traded in the U.S.

1

Certification of Interested Entities or Persons
Case No.
#30458 v1

1     The following companies are parents of, or partners in Plaintiff VIRGIN RECORDS AMERICA, INC.: EMI Recorded Music Holdings, Inc.; Capitol Records, Inc.; Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly traded company. EMI Group plc. is publicly traded in the U.K.

    The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.: Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly traded company. EMI Group plc. is publicly traded in the U.K.

Dated: June 13, 2007

HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT;
INTERSCOPE RECORDS; ARISTA
RECORDS LLC; UMG RECORDINGS,
INC.; WARNER BROS. RECORDS INC.;
VIRGIN RECORDS AMERICA, INC.; and
CAPITOL RECORDS, INC.