ORIGINAL

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559  | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
|---|---|
| DOCKET NO. | DATE FILED |

C 07 3092 EMC

| PLAINTIFF<br>SONY BMG MUSIC ENTERTAINMENT; INTERSCOPE RECORDS; ARISTA RECORDS LLC; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; and CAPITOL RECORDS, INC. | DEFENDANT<br>JOHN DOE |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |||
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK || AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## JOHN DOE

**IP Address:** 169.233.14.131 2007-01-19 05:51:55 EST    **CASE ID#** 115191564

**P2P Network: LimeWire**    **Total Audio Files: 1549**

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Sade | Smooth Operator | Diamond Life | 69-105 |
| Interscope Records | Eminem | Guilty Conscience | The Slim Shady LP | 262-686 |
| Interscope Records | Eminem | Criminal | The Marshall Mathers LP | 287-944 |
| Arista Records LLC | LFO | Summer Girls | LFO | 306-981 |
| UMG Recordings, Inc. | Tom Petty | Free Fallin' | Full Moon Fever | 103-541 |
| Warner Bros. Records Inc. | Eric Clapton | Old Love | Journeyman | 109-089 |
| SONY BMG MUSIC ENTERTAINMENT | Bone Thugs-N-Harmony | Thuggish Ruggish Bone | Creepin On Ah Come Up | 223-608 |
| Virgin Records America, Inc. | Janet Jackson | Trust a Try | All for You | 308-900 |
| Capitol Records, Inc. | Radiohead | Sail to the Moon. (Brush the Cobwebs Out of the Sky.) | Hail to the Thief | SRu494-560 |
| SONY BMG MUSIC ENTERTAINMENT | Mandy Moore | Candy | So Real | 276-470 |