1  Matthew Franklin Jaksa (SBN 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   E-mail: matt.jaksa@hro.com
5
   Attorney for Plaintiffs
6  SONY BMG MUSIC ENTERTAINMENT;
   INTERSCOPE RECORDS; ARISTA RECORDS
7  LLC; UMG RECORDINGS, INC.; WARNER
   BROS. RECORDS INC.; VIRGIN RECORDS
8  AMERICA, INC.; and CAPITOL RECORDS,
   INC.
9

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11

12 | SONY BMG MUSIC ENTERTAINMENT, a          | Case No. 3:07-cv-03092
   | Delaware general partnership; INTERSCOPE |
13 | RECORDS, a California general partnership; | **NOTICE OF DISMISSAL WITHOUT PREJUDICE**
   | ARISTA RECORDS LLC, a Delaware limited   |
14 | liability company; UMG RECORDINGS, INC., a |
   | Delaware corporation; WARNER BROS.        |
15 | RECORDS INC., a Delaware corporation; VIRGIN |
   | RECORDS AMERICA, INC., a California       |
16 | corporation; and CAPITOL RECORDS, INC., a |
17 | Delaware corporation,,                    |
18 |        Plaintiff,                         |
19 |    v.                                     |
20 | JOHN DOE,                                 |
21 |        Defendant.                         |
22

23
24
25
26
27
28

NOTICE OF DISMISSAL WITHOUT PREJUDICE
CASE NO. 07-03092
#31921 v1

1 |     Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs SONY BMG MUSIC
2 | ENTERTAINMENT, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice
3 | their copyright infringement claim against Defendant John Doe, each party to bear its/his own
4 | fees and costs. The Clerk of Court is respectfully requested to close this case.

Dated: August 20, 2007                              HOLME ROBERTS & OWEN LLP

                                                                       By:    */s/ Matthew Franklin Jaksa*
                                                                               Attorney for Plaintiffs
    SONY BMG MUSIC ENTERTAINMENT; INTERSCOPE RECORDS; ARISTA RECORDS LLC; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; and CAPITOL RECORDS, INC.

1

NOTICE OF DISMISSAL WITHOUT PREJUDICE
CASE NO. 07-03092
#31921 v1